# akerman

Jeffrey Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 529 6435
T: 212 880 3800
F: 212 905 6408

June 26, 2024

**VIA ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*[Handwritten: The hearing is adjourned to July 16, 2024 at 5:00 p.m. So ordered. 6/26/24 /s/ JGK(oeltl) U.S.D.J.]*

**RE: Invite Technologies, Inc. v. Chaudhry et al.**
Case No. 1:24-cv-04752-JGK

Dear Judge Koeltl:

      This firm represents Invite Technologies, Inc. ("Plaintiff") in the above-referenced case. We submit this letter to respectfully request an adjournment to July 8, 2024, or as soon thereafter as the Court is available, of the Show Cause Hearing on Plaintiff's Motion for a Temporary Restraining Order, scheduled for today, June 26, 2024, at 3:30 p.m. This morning the parties initiated (and are currently engaged in) settlement discussions to reach a potential resolution to the matter, which may ultimately obviate the need for court intervention and further motion practice. This is the first request for adjournment of its kind. Defendants Rehan Chaudhry and Rayan Khan have consented to this request.

      We thank the Court for consideration of this request.

      Respectfully submitted,

/s/ Jeffrey Kimmel
Jeffrey Kimmel

cc:
Rehan Chaudhry (via email)
Rayan Khan (via email)