# akerman

Jeffrey Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 529 6435
T: 212 880 3800
F: 212 905 6408

July 16, 2024

**VIA ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**RE: Invite Technologies, Inc. v. Chaudhry et al.**
**Case No. 1:24-cv-04752-JGK**

Dear Judge Koeltl:

This firm represents Invite Technologies, Inc. ("Plaintiff") in the above-referenced case. We submit this letter to respectfully request an adjournment of the Show Cause Hearing on Plaintiff's Motion for a Temporary Restraining Order, scheduled for today, July 16, 2024, at 5:00 p.m. Plaintiff has filed a Motion for Consent Judgment ("Motion") that includes a proposed Consent Judgment fully resolving the case and executed by all parties. The granting of Plaintiff's Motion and the entry of the proposed Consent Judgment would render the Show Cause Hearing moot, and therefore, the parties seek adjournment during the pendency of the Court's decision on the Motion, and cancellation of the hearing should the Court grant and enter the Consent Judgment. This is the second request for adjournment of its kind. The parties' first request for adjournment of the Show Cause Hearing was granted on June 26, 2024. Defendants Rehan Chaudhry and Rayan Khan have consented to this request.

We thank the Court for consideration of this request.

Respectfully submitted,

/s/ Jeffrey Kimmel
Jeffrey Kimmel

cc:
Rehan Chaudhry (via email)
Rayan Khan (via email)

*The hearing on July 16, 2024 at 5:00 p.m. is canceled. So ordered.*
*7/16/24  John G. Koeltl U.S.D.J.*

akerman.com
77255544;2